IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  5:25-CR-140 (GTS) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **JOBIE PATTERSON,** | ) | Violation:  18 U.S.C. § 933(a)(1) and (3) |
| **Defendant.** | ) | [Conspiracy to Traffic in |
| | ) | Firearms] |
| | ) | |
| | ) | |
| | ) | 1 Count and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:  Onondaga |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Conspiracy to Traffic in Firearms]**

From in or about December 2022 to in or about January 2023, in Onondaga County in the Northern District of New York, and elsewhere, the defendant **JOBIE PATTERSON,** did knowingly conspire with others to knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of one or more firearms, that is:

(1) one FN 503, 9 x 19mm caliber handgun, bearing serial number CV034659, manufactured in South Carolina;

(2) one Intratec model AB-10, 9mm caliber handgun, serial number A021276, manufactured in Florida;

(3) one Glock model 19, generation 4, 9mm caliber handgun, serial number AEPX876, manufactured in Georgia, and

(4) one Glock model 22, generation 4, .40 caliber handgun, serial number WTT112, manufactured in Georgia,

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony (as defined in section 932(a)), in violation of Title 18, United States Code, Section 933(a)(1) and (3).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) by Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 933, as set forth in Count 1 of this information, the defendant, **JOBIE PATTERSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in and used in any knowing violation of the offense of conviction, including, but not limited to, the following:

(1) one (1) FN 503, 9 x 19mm caliber handgun, bearing serial number CV034659, manufactured in South Carolina;

(2) one (1) Intratec model AB-10, 9mm caliber handgun, serial number A021276, manufactured in Florida;

(3) one (1) Glock model 19, generation 4, 9mm handgun, serial number AEPX876, manufactured in Georgia; and

(4) one (1) Glock model 22, generation 4, .40 caliber handgun, serial number WTT112, manufactured in Georgia.

Dated:  April 8, 2025

JOHN A. SARCONE III
United States Attorney

By:     */s/ Matthew J. McCrobie*
MATTHEW J. McCROBIE
Assistant United States Attorney
Bar Roll No. 702739